**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **CAROLYN LUDWIG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.:  2:10-cv-11** |
| ) | **Judge Smith** |
| ) | **Magistrate Judge King** |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** | |

## ORDER

On January 28, 2011, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner of Social Security be reversed and that this action be remanded to the Commissioner for further proceedings.  The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection filed.

The *Report and Recommendation*, Doc. No. 18, is **ADOPTED AND AFFIRMED**.  The decision of the Commissioner is **REVERSED** and this action is hereby **REMANDED** to the Commissioner for further proceedings.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C.. §405(g).

 */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**